Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of

Division

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 14 2021
ARTHUR JOHNSTON
BY _____ DEPUTY

| | |
|---|---|
| Lorraine Miller<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>Uniti Fiber LLC<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 3:21cv792 KHJ-MTP<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*    Yes    No |

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name               Lorraine Miller
   Street Address     614 Main Ave S.
   City and County    Magee MS. 39111   Simpson
   State and Zip Code
   Telephone Number   601-507-1223
   E-mail Address     adinvestment83@gmail.com

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant,

Page of 7

diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*
  Federal question                Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

that    List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution are at issue in this case.
  Federal question, Civil Rights violations

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

  1.  The Plaintiff(s)

     a.  If the plaintiff is an individual
         The plaintiff, *(name)* Lorraine Miller, is a citizen of the State of *(name)* Mississippi.

     b.  If the plaintiff is a corporation
         The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

the    *(If more than one plaintiff is named in the complaint, attach an additional page providing same information for each additional plaintiff.)*

  2.  The Defendant(s)

     a.  If the defendant is an individual
         The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

     b.  If the defendant is a corporation
         The defendant, *(name)* Uniti Fiber LLC., is incorporated under the laws of the State of *(name)* Mississippi, and has its principal place of business in the State of *(name)* Alabama.
         Or is incorporated under the laws of *(foreign nation)* M, and has its principal place of business in *(name)* _____.

include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: UNITI FIBER LLC.
- Job or Title *(if known)*:
- Street Address: 107 St. Francis St.
- City and County: Mobile
- State and Zip Code: Alabama 36602
- Telephone Number: 877-652-2321
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a

the
        *(If more than one defendant is named in the complaint, attach an additional page providing same information for each additional defendant.)*

3.    The Amount in Controversy

amount at
*(explain):*

The amount in controversy the amount the plaintiff claims the defendant owes or the amount at stake is more than $75,000, not counting interest and costs of court, because *(explain):*

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendant, August 29, 2021 defendant construction trucks worked in front of plaintiff home until dark as it started to rain with Ida storm coming , defendant pack up and never returned, Defendants, violations of Federal Civil rights, defendants violation of encroachment , defendants violations of negligence.

Defendant, August 29,2021 encroachment on plaintiff private property, defendants left Hot Active loose wire on plaintiff private property,
Defendant , ran a temp cable from the intersection of S 5th and main st. on my private land, to the light pole at my private drive, defendant put up a temp pole to cross private drive way it is cement, then continued down their next hand hole. Defendant left both hand holes opened, causing danger , unsafe , hazardous issue on plaintiff home

Exhibit : A C-Spire Text message to Plaintiff November 9,2021 , responding to plaintiff complaint to C-Spire as to hot wires , pole on plaintiff private property.

Defendants, Illegally , unauthorized intruded on plaintiff private land and placed Electrocution Danger at plaintiff door, defendants illegally put a pole on plaintiff private property without property owner Authorization , or any communication with owner, defendant ignored plaintiff complaints , defendant negligence created a Hazardous , Unsafe environment for plaintiff , her family, business customers, lawn service company.

Defendants were made aware of Electrocution Active Hot wires above ground on plaintiff private property,
Plaintiff informed Defendants she thought it was C-Spire who had place the wires, and she filed a ( ticket Consdamage7097) C-Spire response sent a supervisor out , this was not C-spire work as the Hot wired was followed to pole, C-spire supervisor stated they would never leave hot wires above ground , or install a

floating pole with hot wires on private property or leave it like that at all,

Defendants, Uniti Fiber LLC.

Plaintiff, on November 9 ,2021 received a call from C-Spire as to plaintiff complaint filed , of loose wire on plaintiff property, unauthorized Pole left on plaintiff land since August 29, 2021 and ignored.

Plaintiff, was informed by C-spire supervisor responding to complaint, as C-spire walked plaintiff land and followed the loose wire in clear sight on top of the ground Not buried, C-spire informed plaintiff there is not way this is their company, they would never leave Hot wires , not intrude on private property as this and leave dangerous open hot hand hole, he reported Defendants Uniti Fiber LLC. had Hot wires, and the pole was on plaintiff private property with a hot wire going over plaintiff private drive way , then defendant dropped the hot wires back onto plaintiff private land and ran it to the corner of 5th and main.

Plaintiff , complaint to defendant about the above hot wires and pole has been an danger to plaintiff, plaintiff lawn service company, Plaintiff lawn service company address this issue of safety of the hot wires they are moving since September 1,2021 having to be moved Hot wires around to cut the yard each time exposed them to getting Electrocuted , it was hard to go around the above pole left hanging in plaintiff front yard.

Plaintiff, complaint to Defendant Uniti Fiber LLC as of November 9,2021 with Dangerous Hot wires are active, C-spire Text information as to Defendants, leaving two open 2 holes, caps; left open on plaintiff property near plaintiff office building at 616 main ave s, and 5th st corner.  C-spire Construction supervisor informed plaintiff that this was very hazardous, Safety issues , dangerous and under no circumstances should this Hot wire be left on top of any ground , surely not create hazardous , Danger to anyone on there private property.

Plaintiff, on November 9,2021 called defendants Mississippi office with the complaint of defendant negligence , creating danger , hazardous , unsafe environment on plaintiff land, defendant negligence by leaving hot wires, free standing pole left on plaintiff private property since August 29, 2021.

Plaintiff, called on November 9,2021 gave defendants property address, provided report C Spire had given, This was not there company , C spire , did look on the pole on plaintiff private property and was able to get the name from the Pole. Uniti Fiber was the names on the Pole , plaintiff called Defendants gave the complaint of their negligence , plaintiff did get a return call from defendants as plaintiff released the address again to have defendants respond , Defendant's never responded, plaintiff exposure to Hot Electrical active Hot wires still remains on plaintiff private land.

Defendant, as of November 15,2021 continue to ignore their violations of plaintiff Civil Rights, violations of encroachment, violations of negligence .

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff, ask the courts to order the Defendants to remove this pole, remove the dangerous Hot wires on top of the ground on plaintiff land,

Plaintiff, seeks Punitive money damages in the amount out $ 175,000.00 for defendant violations of Federal and State laws,

Plaintiff, seek money damages for violations of plaintiff Civil Rights in the amount of $50,000.00

Defendant, violations of encroachment, defendant, Negligence, Electrocution & Electric Shock Life Threatening Hot Wires
Defendant Negligence in leaving two open Electrical Hot hand holes Open on plaintiff private land.

Defendant, negligence of placing Electrocution & Electric Shock danger at plaintiff home since August 29,2021 to current November 15,2021, Defendant intruded and place danger on plaintiff private land then ignored for over three months, defendant actions, and lack of response to the seriousness of plaintiff complaint went unanswered, defendant, violations of plaintiff Civil Rights, plaintiff have the right to feel safe on her private property, without anyone including a large corporation encroachment and creating danger on plaintiff private property with Hot wires above ground, floating pole, Electrocution danger, hazards left on plaintiff private property unauthorized.

Plaintiff seeks, damages for defendants negligence, encroachment, intrusion on plaintiff private property, exceeding city easement, encroachment for over 3 months as it still exits after plaintiff filed a formal complaint with defendants, defendants continued to ignore Plaintiff complaint to remove the Life Threatening Hazardous, Dangerous 2 open hand holes reported by C-Spire, confirmed Hot wires exposed on top on Plaintiff land and exposure to Electrocution and Electric Shock Danger.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

IV. Relief Continue

Plaintiff, seeks money damages Violations of Federal Civil Rights Laws in the amount of $150,000.00

Plaintiff, seeks money damages in the amount of $89,000.00 for Nuisance, defendants placed hazardous exposed wires , floating pole with loose wires over plaintiff private driveway, hot handhole left open life threatening on plaintiff private land.

Plaintiff, seeks damages for defendants , negligence, encroachment, intrusion on plaintiff private property exceeding city easement , defendants continue to use plaintiff private property todate without any consent , or any communication with plaintiff to address the formal complaint.

be
result

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff  Lorraine Miller

**B.   For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____