(Exhibit) Sent to plaintiff by defendant

Lorraine Miller Home address
614 Main Ave S.
Magee MS 39111

Business Address Private property
Administrative Executive Group Inc
616 Main Ave S.
Magee Ms. 39111
601-507-1223

November 29, 2021

Dear , Unity Fiber LLC

Reference:  Violations of encroachment on Homeowner private property,
            Violations of Homeowner Civil Rights
            Violations of negligence placing deadly power lines on homeowner
private property
            Violations by Uniti Fiber were ignored and continue to date after a
formal complaint was filed.

Unity Fiber negligence, encroachment , violations of placing dangerous , deadly
power lines hot on my private property, with 2 dangerous open Hot hand holes
left opened on  my private property by my office building  corner of  5th and Main
ave s. Magee Ms. 39111

private property : 614 Main Ave S. Magee MS. 39111
Business Address: 616 Main Ave S.

August 29,2021 , Uniti Fiber LLC , placed their private pole and hot electrocution
deadly power lines wires loose on my private property , this danger had been

placed on my property without any concerns of the danger , intrusion, life threatening encroachments on my private property by Unity Fiber LLC., your company blatant illegall encroachment , placed a dangerous unsafe issue at my front door, your company took over my property with your private equipment pole, and placed deadly power lines above ground on my private property since August 2021.

The illegal encroachment of my property has caused great anxiety for me as I am under doctor's care , taking radiation. I have informed my oncology Doctors of these down power lines , Hot wires exposed to me daily as I enter and exit my home, and will this have an effect on my current medical conditions and the Radiation treatment. This has caused great concerns and anxiety as to losing sleep knowing I am exposed to this danger and the violations of this company has begun to make me angry!

Any exposure to the danger of down electrocution power line Hot wires is dangerous for your life of execution.    This dangerous down-hot Unity private pole on my land with a wire hanging over my driveway is not only a sight for sore eyes, it's a complete take over of my private property !   Who does this and leave this kind of danger on someone's private land leaving them at risk of electrocution daily!

Unity Fiber LLC, encroachment is causing me to lose sleep, along with high anxiety daily as this danger is ignored by your company.

After seeing the truck in the area of C spire I thought it was this company , and filed a formal complaint with the C Spire Corporate office.

  C-spire field supervisor came out on November 9,2021, I received a call from C-spire while walking on my private land office building  616 Main ave S. and 5th as he followed the down wires on my private land  to my Home address 614 Main Ave s.  with the pole and continued down wires.

C-spire immediately indicated that there company would never do a job like this, leaving hot down wires exposed above ground  never come one private property , they will never do this , would never leave a pole floating, surely not  on someone private property, C-spire also reiterated what I have been told, these

wires are HOT, not only Hot wires with caution tape  that the company left Two open hand holes that was very dangerous , C-spire also stated he was going to close one of them.

C-spire Supervisor looked at the information on the pole, and provided me with the name and number. I followed up and called the business, I was then informed that their name is on the pole but they sold the business over 10 years ago to Unity Fiber LLC. whose name was also on the pole left on my private property.

I called Unity Fiber on November 9,2021 with my complaint , gave them my address and informed them of C Spire coming out to my complaint , as I now know  it was not C spire , it is Unity Fiber that has left these Dangerous, Hazardous Hot wires, along with the pole on my land since August 2021.

I then called Unity Fiber LLC. provided the address and my name and requested that they come out immediately to remove their dangerous equipment , hot above wires left on my private property.

Unity Fiber LLC, stated they have the information and they will send someone out to my urgent complaint immediately

Unity Fiber, Construction Supervisor called me at the time I was traveling and could not talk at that time, with that said  the complaint was given to the Unity Fiber in my complaint with  my complete  address , along with  cspire findings on November 9,2021.

November 10,2021 I looked out my window and saw a Unity Fiber Construction truck parked across the road from my home, the lady got out on my land , and then she began to place flags, and put orange paint marks on my private property all around my landscaping.

After the Unity Fiber worker left, I realized that my complaint on November 9,2021 filed this was not the response to remove the danger , but instead the company imposed with  continued encroachment with these marking, ignoring the down Hot down power lines, the pole I filed a complaint and acknowledged by Unity Fiber on November 9,2021.

August 29, 2021 Unity Fiber workers, crew installed a Large pole on my private property front Yard , Unity also left dangerous hot power lines wires laying in my yard with caution tape wrapped around it.

We have had to go around this standing pole on my private land when cutting my grass,   these loose wire extended along my entire private land on Main Ave S, this Tall pole with wire hanging over my private driveway has been not only a eye shore , it has been a great  danger and inconvenience for myself and my yard guys having to move this power line hot wires around to cut my yard.

I have been questioned several times as to why this loose wire that is Hot just left on my private property front yard is not this company's legal rights to impose with encroachment and placing danger to everyone ! Since August it is now November  2021.

It was August 29,2021 , I looked out my bedroom window as the construction crew was out after dark, until it started to rain , the crew packed up and left wires power lines (HOT) and this large pole with wiring over my driveway the dangerous hot wires on my private land without my authorization , no letter explaining to what this company is doing with this pole as my view from my front house windows since August 2021 , when this company packed up prior to storm Ida, they left and never returned to remove this danger from my private land.

These Hot Power down wires are not in front of any other business, or homes in the area , this is just on my private property as if Unity Fiber LLC has legal rights to my property with such intrusion , blatant violations of my legal rights and violations of encroachment , negligence placing such danger on my property!

Administrative Executive Group Inc. Address 616 Main Ave S. Magee Ms. 39111 the corner of 5th and Main Ave S. hot wires are down on the property.

November 9,2021 after speaking with my  Attorney as to this danger that Unity Fiber has create on my private land without any concerns of safety for  me , my family, my yard maintenance crew,  as I  informed Unity Fiber LLC, in my phone call complaint of this danger placed at my front door, also that my yard crew raised issues for months about the loose Hot power wires on my land they had to move around, I NEVER Authorized this company or any company to violate my

legal rights and come to my home and create a deadly unsafety hazard by putting myself, grandkids, family, clients anyone on my private property in danger, this company had no legal rights to   violate my private property and putting executional wires with caution take putting me , my love ones, business clients in harm's way and in danger with these Hot above ground power wires .

 I am prepared to  file a legal complaint  against this company for the blatant violations that this corporation has caused on my private land since August and after my complaint to Unity Fiber along with my C Spire report on the danger and the open hole or cap, this is still ignored as of today.

November 10,2021 , I looked out my window! did Unity truck parked across the street from my home. A worker got out and proceeded to make additional paint marks on my private land, near or in  my garden landscape areas. No one has addressed the HOT wires, or the Pole on my private land.

I am giving this Corporation the opportunity to make right on the danger placed at my door steps, on my private land  personal and Business violations of encumbrances by Unity Fiber since  August 2021 to Date .

I am legally advised due to the violations and the negligence, after complaint the company still ignored their violations  recommended  to file the Formal Federal Complaint  as to the violations , the danger that Unity Fiber has created on my private land.

 For the Legal Record , Unity Fiber DOES NOT HAVE my Authorization to put equipment, hot power lines, dig up or conduct any operation on my private property!  My legal documents have been reviewed as it pertains to my property survey, encroachment,easement.

I am now prepared to file a legal complaint against your company for the various violations as it pertains to Federal and State Laws.

Very Concerned Homeowner
Very Concerned Business Owner

Lorraine Miller

601-507-1223



















PRiVAte
LAnd

Crucial Hot Wires on Private land.





November 10, 2021 Truck came out And put
more Flags on my Private
Land - Never Removed Company
Equipment And Above wire

They Ignored my
Complaint on

and Pole on my Private Property
And The Danger



